# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207–1 | User: cmurphy | Date Created: 4/18/2012 |
| Case: 1–12–40247–cec | Form ID: 262 | Total: 35 |

**Recipients of Notice of Electronic Filing:**
aty        Patrick Christopher        christopherlaw@verizon.net

                                          TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Manjit Singh        101–43 118th Street        South Richmond Hill, NY 11419
jdb        Balwinder Kaur        101–43 118th Street        South Richmond Hill, NY 11419
tr         Richard J. McCord        Certilman Balin Adler &Hyman        90 Merrick Avenue        East Meadow, NY 11554
smg        NYS Department of Taxation &Finance        Bankruptcy Unit        PO Box 5300        Albany, NY 12205
smg        NYC Department of Finance        345 Adams Street, 3rd Floor        Attn: Legal Affairs – Devora Cohn        Brooklyn, NY 11201
smg        NYS Unemployment Insurance        Attn: Insolvency Unit        Bldg. #12, Room 256        Albany, NY 12240
smg        United States Trustee        Office of the United States Trustee        271 Cadman Plaza East        Brooklyn, NY 11201
7528252    Advance Me, Inc        2015 Vaughn Road        Building 500        Kennesaw, GA 30144
7528253    Advance Rest Finance LLC        3 Waters Park Drivr        Suite 231        San Mateo, CA 94403
7528254    Aldridge Connors LLP        780 Johnson Ferry Road NE        Suite 600        Atlanta, GA 30342
7528255    Asset Acceptance LLC        P.O. Box 2039        Warren, MI 48090–2039
7528256    BTFinancial Services        211 Perry Parkway        Suite 6        Gaithersburg, MD 20877
7528257    Burr &Forman LLP        171 Seventeenth Street NW        Suite 1100        Atlanta, GA 30363
7583733    Capital Recovery IV LLC        (Chase Bank USA, NA/WAMU)        c/o Recovery Management Systems Corp.        25 S.E. 2nd Avenue, Suite 1120        Miami, FL 33131–1605
7528258    Capitol Management Serv.        726 Exchange Street        Suite 700        Buffalo, NY 14210
7528259    Chase        P.O. Box 15298        Wilmington, DE 19850–5298
7528260    Citibank/CCSI        Bankruptcy Department        7930 NW 110th Street        P.O. Box 20487        Kansas City, MO 64195–9904
7528261    Cooper's Point HOA        P.O. Box 65        Townsend, GA 31331
7528262    Creditors Interchange        80 Holtz Drive        Buffalo, NY 14225
7528263    Discover        P.O. Box 15251        Wilmington, DE 19886–5251
7528264    Equable Ascent Financial        1120 W Lake Cook Road        Suite B        Buffalo Grove, IL 60089
7528265    Financial Recovery        Services, Inc.        P.O. Box 385908        Minneapolis, MN 55438–5908
7528267    HSBC Mortgage Services        P.O. Box 4552        Buffalo, NY 14240–4552
7528266    Home Depot/Citibank/CCSI        Bankruptcy Department        7930 NW 110th Street        P.O. Box 20487        Kansas City, MO 64195–9904
7528268    Kanwal Singh        101–43 118th Street        South Richmond Hill, NY 11419
7528272    MRS Associates, Inc.        1930 Olney Avenue        Cherry Hill, NJ 08003
7528269    Margaret K Clark        Attorney at Law        337 Commercial Drive        Suite 500        Savannah, GA 31419
7528270    McIntosh County Tax        310 Northway Courthouse        P.O. Box 571        Darien, GA 31305
7528271    Mercantile Adjustment        Bureau LLC        P.O. Box 9016        Williamsville, NY 14231–9016
7528273    Peter T Roach &Asscs        Attorneys at Law        125 Michael Drive        Suite 105        Syosset, NY 11791
7528274    Pinnacle Credit Service        7900 Highway 7 # 100        Minneapolis, MN 55426
7528275    Sears Bankruptcy Recovery        Citibank USA Seas        P.O. Box 20363        Kansas City, MO 64195
7528276    Wells Fargo Bank, NA        P.O. Box 4233        Portland, OR 97208–4233
7528277    WellsFargo Financial Bank        P.O. Box 10475        Des Moines, IA 50306

                                          TOTAL: 34